# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:98-cv-09313-FMC-AJWx | Date | January 6, 2009 |
|---|---|---|---|
| Title | Oliverio Martinez v. City of Oxnard et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER DENYING MOTION (In Chambers)

This matter is before the Court on Intervener Tomas Barrera, Sr.'s Motion to Intervene and Motion to Modify Protective Orders (docket no. 346), filed November 7, 2008. The Court has read and considered the moving, opposition, and reply documents submitted in connection with this motion. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78(b); Local Rule 7-15. Accordingly, the hearing set for January 12, 2009, is removed from the Court's calendar.

Intervener Barrera moves to intervene pursuant to Fed. R. Civ. P. 24(b), which provides for permissive intervention. Barrera is a civil rights plaintiff in a separate action, Case No. 2:08-cv-5153, Barrera, et al. v. Oxnard, et al., and seeks to intervene in this action for the purpose of obtaining documents and information previously discovered by Plaintiff Martinez. The documents sought relate to Officer Andrew Salinas' employment and pre-employment history, and are subject to several protective orders dated April 5, 2000, December 1, 2004, and January 3, 2005. Officer Salinas is a common defendant to both cases.

The Court finds it is more appropriate for Barrera to pursue discovery in his own case. The information sought from Martinez is not current and may not be completely relevant to Barrera's case. Accordingly, the Court hereby DENIES Barrera's Motion to Intervene (docket no. 346).

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |